IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01963-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

    Plaintiff,

v.

JOHN DOES 1-26,

    Defendants.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on March 15, 2016 (ECF No. 25), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  March 17, 2016

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge